# John P. Edison

| | |
|---|---|
| **From:** | no-reply@efilingmail.tylertech.cloud |
| **Sent:** | Monday, July 24, 2023 4:04 PM |
| **To:** | John P. Edison |
| **Subject:** | EFILING SUBMITTED Case 26705550 |



**This message was automatically generated. Do not reply to this e-mail.**

Your submission in case 26705550, has been successfully submitted.

Envelope Number: 26705550
Filing Code: Notice of Removal to Federal Court
Filing Type: EFile
Filing Description: Notice of Removal Pursuant to 28 U.S.C. 1446(d)
Date Submitted: 7/24/2023 4:03 PM CST

The link above will remain active for 30 days from the date of acceptance of the eFiling. If that link is not accessible, copy this URL into your browser's address bar to view the document:
https://minnesota.tylertech.cloud/ViewDocuments.aspx?FID=92165bf5-79ba-4e29-bb24-ee305f9eeb3c

If you have a question about this email or need application support using Minnesota's eFile & eServe (eFS) system, please contact the MN eFile Support Center.

Minnesota eFile Support Center

- Business Hours: Monday – Friday from 8:30 am – 4:30 pm (CT) except Court Holidays.
- Email via mncourts.gov website: http://www.mncourts.gov/eFS-Support
- Phone: 612-902-9585 or 1-844-918-1724 (if calling long distance from a landline phone)

Minnesota Judicial Branch Disclaimer: This is an official government communication. As the recipient, you are responsible for the lawful use of this information. This e-mail and any attachments are intended solely for the individual or agency to which they are addressed. They may be confidential and/or contain privileged or otherwise non-public information. Do not disseminate this e-mail and any attachments unless you are authorized to do so under applicable court rules or statutes. If you are not the intended recipient of this e-mail, do not copy, distribute, or take any action in reliance upon this e-mail or any attachments and delete this e-mail and any attachments immediately. If you received this e-mail in error, please notify us immediately at 1-800-297-5377. Thank you. Please consider the environment before printing this e-mail.