## Additional Attorneys of Record

**Plaintiff's Attorney**

Eric Satre

Satre Law Firm

International Plaza, 7900 International Drive, Suite 300

Bloomington, MN 55425

651-212-4919


**Defendant's Attorneys**

John P. Edison & Dalia N. Istephanous

Squires, Waldspurger & Mace, P.A.

333 South Seventh Street, Suite 2800

Minneapolis, MN 55402

651-436-4300