UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Roderick Williams, | Case No. _____ |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE FOR U.S. MAIL** |
| KIPP Minnesota, | |
| Defendant. | |

---

I hereby certify that, on July 24, 2023, I caused the (1) Notice of Removal Pursuant to 28 U.S.C. § 1446(a); (2) Exhibits A-C; (3) Civil Cover Sheet; and (4) EFS Notice of Filing of Notice of Removal in the Minnesota District Court to be filed electronically with the Clerk of Court through ECF and that I caused a copy of the foregoing documents and the notice of electronic filing to be served by first class mail, postage paid, to the following individuals:

Eric Satre
Satre Law Firm
International Plaza
7900 International Drive, Suite 300
Bloomington, MN 55425

                                      **SQUIRES, WALDSPURGER & MACE, P.A.**

Dated: July 24, 2023                           By: /s/ John P. Edison_____
                                                           John P. Edison (#391118)
                                                           Dalia N. Istephanous (#0403617)
                                                           333 South Seventh Street, Suite 2800
                                                           Minneapolis, MN 55402
                                                           Phone: (612) 436-4300
                                                           Fax: (612) 436-4340
                                                           Email: john.edison@raswlaw.com
                                                                              dalia.istephanous@raswlaw.com