# AFFIDAVIT OF SERVICE BY U.S. MAIL AND FACSIMILE

STATE OF MINNESOTA   )
                     ) ss
COUNTY OF HENNEPIN   )

Briana Ludwig being duly sworn, states on July 21, 2023, she served the *Defendant's Answer to Plaintiff's Amended Complaint* on:

Eric Satre
Satre Law Firm
International Plaza
7900 International Drive, Suite 300
Bloomington, MN 55425
Fax: 651-212-4203

by mailing to him a copy thereof, postage prepaid, and by depositing same in the post office at Minneapolis, Minnesota and by facsimile to the above-referenced facsimile number.

/s/ Briana Ludwig
Briana Ludwig

Subscribed and sworn to before me this 21st day of July, 2023.

/s/ Jeffrey Downes
Notary Public, Minnesota

My Commission Expires January 31, 2025

Our File No. 1582-0152
SWM: 243145