| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

Roderick Williams,

    Plaintiff,

Court File No. _____

Case Type:  Employment

v.

**NOTICE OF MOTION AND MOTION TO DISMISS**

KIPP Minnesota,

    Defendant.

---

To:    Plaintiff through his attorney Eric Satre, Satre Law Firm, International Plaza, 7900 International Drive, Suite 300, Bloomington, MN 55425.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that a hearing will be held on a date and time to be determined at a later date, before a judicial officer of the Fourth Judicial District, at the Hennepin County Government Center, 300 South 6th Street, Minneapolis, MN 55487, on a Motion to Dismiss submitted by Defendant KIPP Minnesota.  Defendant KIPP Minnesota will contact the Court to schedule the hearing at a future date upon the filing of the above-captioned lawsuit.

**MOTION**

Pursuant to Minnesota Rules of Civil Procedure 12.02(e), Defendant KIPP Minnesota respectfully moves the Court for an order dismissing Plaintiff's claims against it in their entirety and with prejudice.  This Motion is based upon all of the pleadings, files, records, and proceedings herein, along with the memorandum of law and any other

1

**Exhibit B**

supporting documents to be filed at a future date in accordance with Rule 115.03 of the Minnesota Rules of General Practice and the arguments of counsel to be made at the hearing.

Defendant KIPP Minnesota's motion is made in lieu of a responsive pleading in accordance with Rule 12 of the Minnesota Rules of Civil Procedure.

|  |  |
|---|---|
| Dated: May 23, 2023 | SQUIRES, WALDSPURGER & MACE P.A. |
|  | By: */s/John P. Edison*<br>John P. Edison (#391118)<br>333 South Seventh Street, Suite 2800<br>Minneapolis, MN 55402<br>Phone: (612) 436-4300<br>Fax: (612) 436-4340<br>john.edison@raswlaw.com |
|  | **ATTORNEYS FOR DEFENDANT** |